UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN KERN,

               Plaintiff,

      -against-

COMPASS, INC.,

               Defendant.

Case No. 1:25-cv-10692 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the hearing on March 31, 2026, Defendant's request for bifurcated discovery is GRANTED. The first phase of discovery shall last six months and focus solely on Plaintiff's individual claim. The parties shall file a proposed case management plan for the first phase of discovery by **April 6, 2026**, including deadlines for dispositive motion practice following that phase of discovery.

Dated: March 31, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge