UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN KERN,

Plaintiff,

-against-

COMPASS, INC.,

Defendant.

Case No. 1:25-cv-10692 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the June 5, 2026 conference, Defendant's motion

to quash the subpoenas dated April 30, 2026 to Mojo Dialing Solutions, LLC and REDX LLC is

GRANTED because they seek information beyond the scope of the bifurcated discovery

permitted at this time.  This determination is without prejudice to service of further subpoenas

that are more limited in scope.

Dated:  June 5, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge