UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN KERN,

Plaintiff,

-against-

COMPASS, INC.,

Defendant.

Case No. 1:25-cv-10692 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The case management conference previously scheduled for October 20, 2026, Dkt. 23, is hereby ADJOURNED while the Court decides the pending motion to dismiss.

Dated: October 15, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge